UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMMALINE BENNETT and ALASDIR TREMLETT, Individually And On Behalf Of Others Similarly Situated<br><br>Plaintiffs,<br><br>vs.<br><br>COLUMBIA UNIVERSITY,<br><br>Defendants. | Civil Action No.: 20-cv-3227 |

## NOTICE OF VOLUNTARY WITHDRAWAL

Plaintiff Alasdair Tremlett withdraws as a named plaintiff from this action. Notwithstanding such withdrawal, the action continues as to all other plaintiffs with respect to all claims. This withdrawal does not affect, limit or prejudice Alasdair Tremlett's rights and options to participate as an absent member of the putative class.

Dated: May 1, 2020

SO ORDERED.

*[signature]*

May 4, 2020

Respectfully submitted,

By: *s/Thomas J. McKenna*
**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com

*Counsel for Plaintiffs and the putative Class*