# POULIN | WILLEY ANASTOPOULO

Toll Free: 1(800) 313-2546
Facsimile: (843) 494-5536

Reply to Ann Street Office
cmad@akimlawfirm.com

**Class & Mass Action Division**

Akim A. Anastopoulo (SC)
Eric M. Poulin (SC)(GA)(NC)(CA)
Roy T. Willey, IV (SC)(KY)

Blake G. Abbott (SC)(NC)
Constance Anastopoulo (SC)*
Joshua P. Cantwell (SC)
Chase H. Coble (SC)
Ralph James D'Agostino III (DC)
Paul Doolittle (SC)
Jacqueline A. Dufour (SC)
Herb F. Glass (SC)(GA)
Renate Hohman (SC)
Lane D. Jefferies (SC)
Joshua E. Jones (SC)
Angeline Larrivee (NJ) (SC)
Ryan D. Martin (SC)
Lauren E. Moore (SC)
Julia K. Pirillo (WV)
Rebecca A. Rayner (OH)(SC)
Lisa M. Russell (SC)
India D. Shaw (SC)(DC)
Andrew D. Smith (SC)
Crystal Swinford (SC)
Bradley Tinger (SC)

*Of Counsel

June 29, 2022

**Sent via ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE:   *IN RE Columbia University Tuition Refund Action*
      Case No.: 1:20-cv-03208

Dear Judge Furman:

We write concerning the payment of Settlement Benefits to Settlement Class Members in the above-captioned action.

Pursuant to the Settlement Agreement, the Settlement Administrator was supposed to "send the Settlement Benefits to Settlement Class Members within sixty (60) days of the Effective Date," ECF 86-1, ¶ 11, or by no later than June 28, 2022. Due to the Settlement Administrator's challenges with the disbursement calculations, the Settlement Administrator did not provide accurate disbursement calculations to counsel for the parties until Saturday, June 25, 2022. Counsel was informed on June 27, 2022, by the Settlement Administrator that the mailing of checks to Settlement Class Members would not commence until this Friday, July 1, and that the mailing should be completed by Thursday, July 7, if not sooner. Counsel was also informed by the Settlement Administrator that digital disbursements will go out no later than Thursday, July 7, if not sooner.

This information is being added to the settlement website. We will inform the Court if the payments have not been completed by July 8, 2022.

Respectfully submitted,

/s/Roy T. Willey, IV
Roy T. Willey, IV

CC: All Counsel of Record

**MAILING: 32 Ann Street, Charleston, South Carolina 29403**

**Charleston, SC | North Charleston, SC | Columbia, SC | Florence, SC | Greenville, SC | Myrtle Beach, SC
Charlotte, NC | Lumberton, NC | Wilmington, NC (Appt. Only)**