TOLL FREE: 1(800) 313-2546
FACSIMILE: (843) 494-5536

REPLY TO ANN STREET OFFICE
CMAD@AKIMLAWFIRM.COM

**POULIN | WILLEY ANASTOPOULO**

**Class & Mass Action Division**

AKIM A. ANASTOPOULO (SC)
ERIC M. POULIN (SC)(GA)(NC)(CA)
ROY T. WILLEY, IV (SC)(KY)

BLAKE G. ABBOTT (SC)(NC)
CONSTANCE ANASTOPOULO (SC)*
JOSHUA P. CANTWELL (SC)
CHASE H. COBLE (SC)
RALPH JAMES D'AGOSTINO III (DC)
PAUL DOOLITTLE (SC)
JACQUELINE A. DUFOUR (SC)
HERB F. GLASS (SC)(GA)
RENATE HOHMAN (SC)
LANE D. JEFFERIES (SC)
JOSHUA E. JONES (SC)
ANGELINE LARRIVEE (NJ) (SC)
RYAN D. MARTIN (SC)
LAUREN E. MOORE (SC)
JULIA K. PIRILLO (WV)
REBECCA A. RAYNER (OH)(SC)
LISA M. RUSSELL (SC)
INDIA D. SHAW (SC)(DC)
ANDREW D. SMITH (SC)
CRYSTAL SWINFORD (SC)
BRADLEY TINGER (SC)

*OF COUNSEL

July 08, 2022

**Sent via ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE: *IN RE Columbia University Tuition Refund Action*
Case No.: 1:20-cv-03208

Dear Judge Furman:

We write to inform the Court of completion of the payment of Settlement Benefits to Settlement Class Members in the above-captioned action.

Per our previous letter, mailing of checks to Settlement Class Members was scheduled to begin Friday, July 1, 2022, and to be completed by Thursday, July 7, 2022. Counsel was informed by the Settlement Administrator on July 8, 2022, via electronic mail, that all electronic and mailed disbursements were completed on July 7, 2022.

Respectfully submitted,

*/s/Roy T. Willey, IV*
Roy T. Willey, IV

CC: All Counsel of Record

**MAILING: 32 Ann Street, Charleston, South Carolina 29403**

**Charleston, SC | North Charleston, SC | Columbia, SC | Florence, SC | Greenville, SC | Myrtle Beach, SC
Charlotte, NC | Lumberton, NC | Wilmington, NC (Appt. Only)**